UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts, of Plaintiff    )    No.
                               )
          v                    )
                               )
Friedrich Lu, Defendant        )

## NOTICE OF REMOVAL

Notice is hereby given that Friedrich Lu removes to this court, from Commonwealth of Massachusetts v Friedrich Lu, Dorchester Division of Boston Municipal Court criminal action No 2015 cr #3106.

The removal is based on 28 USC § 1443. The baseless ongoing prosecution and confinement to a psychiatric hospital of Lu infringes Lu's rights secured by First (speech clause), Fourth, Sixth, Fourteenth (due process and equal protection clauses) Amendments to the United States Constitution.

Defendant: Friedrich Lu, pro se (signed under Fed Rule Civ proc 11)
Date: October 14, 2015
Address (for now): The Solomon Carter Fuller Mental Health Center
                   85 East Newton Street    8 East Unit
                   Boston, MA  02118
Telephone: (617) 626-8917

\* A copy of this document is served by fax on the same day on
\* Dorchester court, at (617) 436-8250
\* office of District Attorney for Suffolk District, at (617) 282-2292

FILED IN CLERKS OFFICE
2015 OCT 15 PM 2 41
U.S. DISTRICT COURT
DISTRICT OF MASS.