UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRIEDRICH LU, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-cv-13576-IT |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS and DANIEL F. CONLEY, | * * * | |
| | * | |
| Defendant. | * | |

ORDER

November 2, 2016

TALWANI, D.J.

By Order dated May 6, 2016, the Court advised Plaintiff that this case is subject to dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure because more than 90 days passed since the court issued summons and no proof of service had been filed. See Electronic Docket Entry [#20]. The Order provided Plaintiff an opportunity to file a response no later than May 27, 2016, setting forth good cause why the court should not dismiss the case. Id.

The time for responding to the May 6, 2016 Show Cause Order has expired. Having received no response to that Order to Show Cause, the above entitled action is hereby DISMISSED without prejudice. The Clerk shall enter a separate order of dismissal.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge